**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **NIRMAL SINGH**, | No. 08-70434 |
| Petitioner, | Agency No. A099-330-446 |
| v. | |
| **ERIC H. HOLDER Jr., Attorney General**, | **ORDER** |
| Respondent. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.